UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE A FOODMART AND GAS, et al.,<br><br>Defendants. | Case No. 15-cv-02759-SI<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to Local Rule 72-1 and the consent of the parties (Dkt. No. 26), this matter is referred for random assignment of a Magistrate Judge for all purposes including trial and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge. The Case Management Conference currently set for July 1, 2016, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
SUSAN ILLSTON
United States District Judge