UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCA MORALEZ, | Case No. 15-cv-02759-KAW |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |
| CIRCLE A FOODMART AND GAS, et al., | Re: Dkt. No. 30 |
| Defendants. | |

On August 30, 2016, the Court held a case management conference, where neither Plaintiff nor Defendants appeared. Furthermore, they did not file a stipulation to continue the case management conference based on their apparent unavailability.

Accordingly, the attorneys of record for both parties are ORDERED TO SHOW CAUSE, in writing, by no later than September 12, 2016, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: September 2, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge