UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CIRCLE A FOODMART AND GAS, et al.,<br><br>    Defendants. | Case No. 4:15-cv-02759-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 31 |

On August 30, 2016, the Court held a case management conference, where neither of the parties appeared. On September 2, 2016, the Court issued an order to show cause. (Dkt. No. 31.) On September 12, 2016, Plaintiff's counsel Russell S. Humphrey responded claiming that he had filed a stipulation and proposed order to have the case continued to September 30, 2016. (Dkt. No. 32 ¶ 13.) Despite the representations of counsel, no such stipulation was filed nor was a proposed order received via email as required by the Court's General Standing Order.

Notwithstanding, the Court hereby discharges the September 2, 2016 order to show cause against all parties. The parties are reminded that they are responsible for electronically filing all documents, and cannot rely on informal communications with the courtroom deputy or other court staff regarding their deadlines, hearings, or other obligations to the court.

Additionally, the court sets a case management conference for November 15, 2016. The joint case management conference statement is due on November 8, 2016.

IT IS SO ORDERED.

Dated: October 19, 2016

                                                              KANDIS A. WESTMORE
                                                              United States Magistrate Judge