RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for Plaintiff
FRANCISCA MORALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>PLAINTIFF,<br><br>v.<br><br>CIRCLE A FOODMART AND GAS, et al.<br><br>DEFENDANTS. | Case No. 4:15-cv-02759-KAW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RESET CASE MANAGEMENT CONFERENCE TO SEPTEMBER 20, 2016** |

IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiff, FRANCISCA MORALEZ, through her attorney of record Russell S. Humphrey ("Plaintiff"), and Defendant CIRCLE A FOODMART AND GAS and GURNATH SINGH, through their attorney of record Michael Welch, ("Defendant"), that the currently set Case Management Conference on November 14, 2016 be vacated and continued to January 17, 2017.

This stipulation is necessary because Plaintiff's attorney Russell S. Humphrey has a scheduling conflict that cannot be reconciled on November 14, 2016. Attorney Russell S. Humphrey is currently in a jury trial in the San Joaquin County Superior Court before the Honorable Seth Hoyt. The charges are two counts of California Penal Code Section 187.

Dated: November 14, 2016

/s/ *Russell S. Humphrey*

By: RUSSELL S. HUMPRHEY
Attorney for PLAINTIFF

*/s/ Michael Welch*

By: MICHAEL WELCH
Attorney for DEFENDANTS

RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for Plaintiff
FRANCISCA MORALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>PLAINTIFF,<br><br>v.<br><br>CIRCLE A FOODMART AND GAS, et al.<br><br>DEFENDANTS. | Case No. 4:15-cv-02759-KAW<br><br>**DECLARATION OF ATTORNEY RUSSELL S. HUMPHREY IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**Declaration of Plaintiff's Attorney Russell S. Humphrey in Support of Stipulation**

1. I, Russell S. Humphrey, am an attorney duly licensed to practice law in the highest state court in the state of California and the Northern District of California Federal District Court.

2. I am the attorney of record for Plaintiff Francisca Moralez in the case of Moralez v. Circle A Foodmart and Gas, et al., case number 3:15-cv-2759.

3. There is a Case Management Conference currently set for November 15, 2016 at 1:30 before the Honorable Kandis A. Westmore.

4. I am unavailable to attend the Case Management Conference due to a conflict. I am currently in a jury trial before the Honorable Seth Hoyt in Department 21 of the San Joaquin County Superior Court.

5. The charges are two counts California Penal Code Section 187, Murder.

6. On Tuesday, November 15, 2016 I will be in jury selection.

7. I have met and conferred with co counsel and he is agreeable with the continuance.

Dated: November 14, 2016

/s/ *Russell S. Humphrey*
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br>Plaintiff,<br>vs.<br>CIRCLE A FOODMART AND GAS, et al.,<br>Defendants. | Case No.: 3:15-cv-02759-KAW<br><br>**~~[PROPOSED]~~ ORDER** |

Good cause being found, the court orders the currently set Case Management Conference be vacated and continued to January 17, 2017 at 1:30 p.m. in Courtroom 4 before the Honorable Kandis A. Westmore.

**IT IS SO ORDERED.**

DATED: 11/14/16

HONORABLE KANDIS A. WESTMORE
MAGISTRATE JUDGE