UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCA MORALEZ, | |
|---|---|
| Plaintiff, | Case No. 4:15-cv-02759-KAW |
| v. | ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |
| CIRCLE A FOODMART AND GAS, et al., | Re: Dkt. No. 39 |
| Defendants. | |

On January 31, 2017, the Court held a case management conference, where Defendants Circle A Foodmart and Gas and Gurnath Singh did not appear.

Accordingly, counsel for Defendants is ORDERED TO SHOW CAUSE, in writing, by no later than February 14, 2017, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: February 2, 2017

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge