UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE A FOODMART AND GAS, et al.,<br><br>Defendants. | Case No. 4:15-cv-02759-KAW<br><br>**ORDER IMPOSING SANCTIONS**<br><br>Re: Dkt. Nos. 39, 40 |

On January 31, 2017, the Court held a case management conference, where Defendants Circle A Foodmart and Gas and Gurnath Singh did not appear. On February 2, 2017, counsel for Defendants was ordered to show cause, by no later than February 14, 2017, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference. To date, no response has been filed.

Accordingly, the Court imposes sanctions in the amount of $500.00, which shall be paid by no later than March 15, 2017, to the Clerk of the U.S. District Court.

It is further ordered that counsel Michael Welch will be solely responsible for paying the sanctions, and shall not pass them on to his clients.

IT IS SO ORDERED.

Dated: February 28, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge