UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CIRCLE A FOODMART AND GAS, et al.,<br><br>    Defendants. | Case No.: 3:15-cv-02759-KAW<br><br>[PROPOSED] ORDER |

Good cause being found, and at the Plaintiff's request, the court orders this matter dismissed as to all defendants with prejudice.

**IT IS SO ORDERED.**

DATED: 6/11/18

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
MAGISTRATE JUDGE